**UNITED STATES of America, Appellee,**

v.

**Gregory John WARD, Appellant.**

**No. 26667.**

United States Court of Appeals, Ninth Circuit.

Aug. 18, 1971.

Frank H. Retman (argued), of Mac-Donald, Hoague & Bayless, Seattle, Wash., for appellant.

Susan L. Barnes (argued), Asst. U. S. Atty., Stan Pitkin, U. S. Atty., Seattle, Wash., for appellee.

Before JERTBERG, ELY, and KILKENNY, Circuit Judges.

PER CURIAM:

Ward appeals his conviction for failing to submit to induction into the Armed Forces, in violation of 50 U.S.C. App. § 462. We reverse.

In its brief the Government admits that Ward's SSS Form 150 stated a prima facie claim for a conscientious objection (I–O) classification and that the State Selective Service Director ordered the local board to reopen Ward's classification. *See* 32 C.F.R. § 1625.3. There was never a reopening, and no reasons